UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:10-CV-00095-KKC

ANDREW GROSS, III,                                                                          PETITIONER

v.                                              **JUDGMENT**

DAVID BERKEBILE, Warden,                                                              RESPONDENT

\* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The habeas petition filed by Andrew Gross, III, pursuant to 28 U.S.C. § 2241, is **DISMISSED.**

(2) Judgment is entered in favor of the named Respondent, David Berkebile, Warden.

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(4) The Court **CERTIFIES** that any appeal would not be taken in good faith.

(5) This matter **IS STRICKEN** from the Court's active docket.

Signed By:
Karen K. Caldwell
United States District Judge